UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CASE NO. 1:21-cv-2250 |
| | : | CASE NO. 1:21-cv-2289 |
| Plaintiff, | : | |
| | : | |
| vs. | : | ORDER TO CONSOLIDATE |
| | : | |
| $99, 696.00 IN U.S. CURRENCY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

The complaint in the above captioned case and Case No. 1:21-cv-2289, *Gotay v Department of Homeland Security U.S. Customs and Border Protection, et al.,* involve common issues of fact and law.

In accordance with Rule 42(a) of the Federal Rules of Civil Procedure, the Court exercises its discretion to consolidate the above captioned case with Case No. 1:21-cv-2289 in the interest of convenience of the parties and economy in judicial administration. All future filings shall be made in Case No. 1:21-cv-2250. The parties may move to separate the cases at a later date if grounds develop to separate the cases.

IT IS SO ORDERED.

Dated: February 10, 2022     *s/    James S. Gwin*
                             JAMES S. GWIN
                             UNITED STATES DISTRICT JUDGE